**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| BLACKS IN TECHNOLOGY INTERNATIONAL, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 3:20-cv-3008-X |
| GREGORY GREENLEE, DENNIS SCHULTZ, AND BLACKS IN TECHNOLOGY, LLC, | | |
| Defendants. | | |

## NOTICE OF ATTORNEY APPEARANCE OF MICHAEL D. PEGUES

Counter-Defendants Blacks in Technology Texas and Blacks United in Lending Technology International ("Counter-Defendants") files this notice of attorney appearance, and hereby notifies the Court and counsel that Michael D. Pegues is appearing as counsel for Counter-Defendants. All pleadings, discovery, correspondence, and other materials may be served at:

POLSINELLI PC
2950 N. Harwood St., Ste. 2100
Dallas, TX 75201
mpegues@polsinelli.com
(214) 661-5519
(214) 594-5540 (Fax)

Dated: October 29, 2021.    Respectfully submitted,

          By: */s/Michael D. Pegues*
              Michael D. Pegues
              Texas Bar No. 15730600
              mpegues@polsinelli.com

              POLSINELLI PC
              2950 N. Harwood St., Ste. 2100
              Dallas, TX 75201
              Telephone: (214) 661-5587
              Facsimile: (214) 397-0033

*Counsel for Co-Defendants Blacks in Technology Texas and Blacks United in Lending Technology International*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on October 29, 2021.

              */s/Michael D. Pegues*
              Michael D. Pegues