UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLACKS IN TECHNOLOGY INTERNATIONAL, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:20-CV-03008-X |
| BLACKS IN TECHNOLOGY LLC, GREGORY GREENLEE, and DENNIS SCHULTZ, | § § § § § | |
| *Defendants.* | § § | |

# **ORDER**

Before the Court are Peter Beasley's two motions for sanctions [Doc. Nos. 171 and 182], his motion for leave to file a motion to compel discovery and for a contempt finding [Doc. No. 212], and his motion to disqualify attorneys [Doc. No. 214]. Since Beasley filed these motions, the Court has dismissed all claims filed by or against him [Doc. No. 214], and Beasley is no longer a party to this suit. Accordingly, the Court **DISMISSES AS MOOT** these four motions.

**IT IS SO ORDERED** this 26th day of May, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1